| | |
|---|---|
| **VOLUSIA COUNTY DIVISION OF CORRECTIONS POLICY AND PROCEDURE MANUAL** | POLICY NO. 400.15        Page 1 of 2<br>DATE: September 19, 2008 |
| SUBJECT: SECURITY AND CONTROL<br><br>Special Inmate Inspection Record VCDC-52 | SUPERSEDES: September 22, 2006 |

## POLICY

It is the policy of the Volusia County Division of Corrections to properly document and keep current records on all inmates in confinement or on any type of special watch as dictated by Medical, Custodial or Mental Health personnel.

## REFERENCE

ACA 3-ALDF-1A-17; 3-ALDF-3A-10; 3-ALDF-3D-08; F.M.J.S. 4.10, 5.04, 5.05, 5.08 (n) i, ii

## RESPONSIBILITY

It shall be the responsibility of the Shift Commander (SC), Operations Supervisor (OS) and Housing Unit Supervisor (HUS) to ensure that all staff are properly documenting and keeping current all records of segregated inmates.

## PROCEDURE

A. When an inmate is ordered into any type of confinement or is placed on any type of watch as directed by Medical, Custodial or Mental Health personnel, the Housing Unit Officer (HUO) for the area where the inmate is housed shall ensure that a Special Inmate Inspection Record (VCDC-52) is initiated.

B. This form shall indicate either a special watch or record of segregation by having the proper space marked. All blanks must be completed including the reason or special comments section, listing why the inmate is in confinement or on a special watch.

   1. VCDC-52 record of segregation

      a) When an inmate is confined to his/her cell for any reason, a VCDC-52 shall be used with the section of the form indicating Record of Segregation checked. For this purpose entries are made a minimum of every two (2) hours by the custodial staff and a minimum of once every seventy-two (72) hours by Medical Staff. To make an entry, custodial staff must see the inmate and record the physical appearance and attitude, date and time of entry and what the inmate is doing. All entries shall be made using numbers as reflected in the code explanation column. The employee number shall be recorded indicating who is making the entry. In order to record the attitude, the staff member must talk to the inmate. When the inmate is sleeping it is not necessary to awaken them. The representative from Medical must speak with the inmate confined and record the information required in the space provided.

      b) Entries are made to this form whenever the inmate is visited by a staff member, fed chow, during security inspections, when the inmate is removed from the cell for showers, recreation, phone calls or interviews and any other time staff believes entries should be made. As a result, there may be more than one entry made every two hours.

      c) The VCDC-52s are kept in chronological order on the unit where the inmate is housed. When the inmate is released from confinement, the final entry is made, the VCDC-52s are forwarded to the Warden's office for filing.

      d) All inmates in confinement shall be seen and talked to by the HUS/OS at least twice daily, between the hours of 0800 and 2300.

Policy 400.15
Page 2 of 2

    e) The night shift HUS/OS responsible for the units where the confined inmates are housed, shall review the VCDC-52s each day to ensure compliance with Florida Model Jail Standards and ACA standards in all areas, specifically meals, recreation, showers, periodic documentation, medical attention, medical checks or special needs of the inmate. After review, a notation shall be made in the space provided. Any discrepancies shall be corrected if possible and reported to the SC.

2. VCDC-52 special inmate inspection record

    a) A VCDC-52 is maintained on all inmates that are placed on any type of watch. The inmate may or may not be in confinement. Inmates are placed on watches by Medical, Mental Health and Custodial Staff. Only the Medical and Mental Health staff can remove watches on inmates. Custodial staff shall not remove watches on inmates.

    b) The length of the watch or the length of time between when the inmate is to be seen by staff is determined by the reason the inmate was placed on a watch. There are different types of watches:

        1) CONSTANT WATCH: A staff member is assigned to directly watch a particular inmate constantly. This type of watch is appropriate for an extreme security risk or for an inmate that has displayed suicidal gestures or made suicidal statements. Entries shall be made at a minimum of every fifteen (15) minutes.

        2) 15 MINUTE WATCH: A staff member shall observe an inmate in time intervals not to exceed every 15 minutes and documented as such.

        3) PERIODIC WATCH: The staff member that assigns the inmate to the watch shall determine the length of the watch and record that time span on the space provided on the form. The time span shall not exceed one (1) hour.

    c) The VCDC-52s are kept in chronological order on the unit where the inmate is housed. When the inmate is taken off the watch, the VCDC-52s are forwarded to the Warden's office for filing.

    d) The VCDC-52 shall be inspected daily by the HUS/OS that sees the inmate on the watch. Any discrepancies shall be corrected and reported to the SC.

_____
Marilyn Chandler Ford
Corrections Director