

**Volusia County**
FLORIDA

**Department of Public Protection**

November 18, 2009

Sergeant Arlene Pendegrass
1354 Indian Lake Road
Daytona Beach, FL  32124

                      Re:    Letter of Reprimand

Dear Sgt. Pendegrass:

On September 16, 2009, you were assigned duties as the Second Housing Unit Supervisor, at the Correctional Facility. At 0833 hours, you conducted a segregation check of inmate Tracy Veira (803671) located in SM03 in the North Wing Rotunda. You noted on the VCDC 52, Segregation Record of inmate Veira, #1 (attitude), #1 (appearance), and #28, (spoke to HUS). Later you submitted a VCDC 401, Incident Report, stating that you did not speak with inmate Veira at 0833, but observed her lying on her bed, apparently sleeping.

You violated Policy and Procedure 400315, Inmate Special Inmate Inspection Record VCDC-52:

Procedure

    B. This form shall indicate either a special watch or record of segregation by having the proper space marked. All blanks must be completed including the reason or special comments section, listing why the inmate is in confinement or on a special watch.

        1. To make an entry, custodial staff must see the inmate and record the physical appearance and attitude, date and time of entry and what the inmate is doing. All entries shall be made using numbers as reflected in code explanation column. The employee number shall be recorded indicating who is making the entry. In order to record the attitude, the staff member must talk to the inmate. When the inmate is sleeping it is not necessary to awaken them.

        d). All inmates in confinement shall be seen and talked to by the HUS at least twice daily, between the hours of 0800 and 2300.

A review of your personnel file reveals the following infractions:

07/09/09   Negative Employee Performance Notice – failed to make correct entry on VCDC 52.

---

Corrections Division • Caller Service 2865 • 1300 Red John Drive • Daytona Beach, FL 32120-2865
Administration: 386-248-1786 • Branch Jail: 386-254-1555 • Correctional Facility: 386-254-1565

www.volusia.org

EXHIBIT B

Letter of Reprimand – Pendegrass
November 20, 2009
Page 2 of 2

11/17/06   Letter of Reprimand – Gave instruction to open and close chow flap every 15 minutes until inmate became compliant.

10/31/05   Letter of Reprimand – Failed to report to supervisor possible riot on Unit 8, C Block

09/02/05   Negative Employee Performance Notice – Failed to notify supervisor that inmate had made statements in writing that staff was not making rounds on unit 7.

You are hereby reprimanded for your failure to follow Policy and Procedure. You are advised that future infractions may result in more severe disciplinary action being taken against you. If there is anything the Division or I can do to assist you please do not hesitate to contact me.

If you do not agree with this disciplinary action or wish to provide written comments, you have the right to submit a response for inclusion in your file.

Sincerely,

R. Gray
Lieutenant

RG/ng

I certify that I have read this notification and acknowledge receipt of the original copy.

_____    11/25/09
Employee Signature (Or Witness, if Employee Refuses to Sign)    (Date of Signature)